# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:20-cr-276-AA** |
| **v.** | **INFORMATION** |
| **DANIEL LEE BALDIE,** | **18 U.S.C. §§ 2423(b), 2251(a), (e) and 2422(b)** |
| **Defendant.** | **Forfeiture Allegation** |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### (Travel with Intent to Engage in Illicit Sexual Conduct)
### (18 U.S.C. § 2423(b))

On or about February 7, 2020, in the District of Oregon and elsewhere, defendant

**DANIEL LEE BALDIE** traveled in interstate commerce for the purpose of engaging in illicit

sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person

under 18 years of age;

In violation of Title 18, United States Code, Section 2423(b).

\\\

\\\

**Information**

## COUNT 2
### (Attempting to use a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)
### (18 U.S.C. § 2251(a), (e))

Between on or about January 21, 2020 and January 30, 2020, in the District of Oregon and elsewhere, defendant **DANIEL LEE BALDIE**, knowingly attempted to use, employ, persuade, induce and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew or had reasonable cause to know that the visual depiction would be transported using any means or facility of interstate commerce, including by computer;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3
### (Attempted Coercion and Enticement of a Minor)
### (18 U.S.C. § 2422(b))

Between on or about January 21, 2020 and February 7, 2020, in the District of Oregon and elsewhere, defendant **DANIEL LEE BALDIE**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

\\\

\\\

\\\

\\\

**Information**                                              **Page 2**

## <u>FORFEITURE ALLEGATION</u>

Upon conviction of any of the offenses listed above, defendant **DANIEL LEE BALDIE**, shall forfeit to the United States pursuant to 18 U.S.C. § 1467 and 2428, any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations.

Dated: July 24, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

JEFFREY S. SWEET
Assistant United States Attorney

**Information**                                                                                   **Page 3**